# IN THE SUPREME COURT OF THE STATE OF NEVADA

PERCY LAVAE BACON,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 67925

FILED

SEP 3 0 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order denying appellant's motions for leave to file a complaint, to proceed in forma pauperis, to conduct a "Luckett hearing," and to extend prison inmate copy work limit on the ground that he is a vexatious litigant. Eighth Judicial District Court, Clark County; David B. Barker, Judge.

This court has jurisdiction to consider an appeal only when the appeal is authorized by statute or court rule. *Taylor Constr. Co. v. Hilton Hotels*, 100 Nev. 207, 678 P.2d 1152 (1984). No statute or court rule permits an appeal from an order denying motions for leave to file a complaint, to proceed in forma pauperis, to conduct a "Luckett hearing," or to extend prison inmate copy work limit. *See* NRAP 3A(b). Accordingly, we lack jurisdiction over this appeal, and we

ORDER this appeal DISMISSED.

_____, C. J.
Parraguirre

_____, J.
Hardesty

_____, J.
Pickering

SUPREME COURT
OF
NEVADA

(O) 1947A

16-30576

cc: Hon. David B. Barker, District Judge
Percy Lavae Bacon
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk